# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127718(51(54)

CHERYCE GREENE, as Personal
Representative of the Estate of
Keimer Easley, Deceased,
          Plaintiff-Appellee,

v

A.P. PRODUCTS, LTD., and REVLON
CONSUMER PRODUCTS CORPORATION,
          Defendants-Appellants,
and

SUPER 7 BEAUTY SUPPLY, INC.,
f/k/a PRO CARE BEAUTY SERVICE,
INC, f/k/a PRO CARE BEAUTY
SUPPLY,
          Defendants-Appellees,
and

RAANI CORPORATION,
          Defendant.
_____

SC: 127718
COA: 249113
Wayne CC: 01-125094-NP

On order of the Chief Justice, motions by defendants-appellant and by plaintiff-appellee for extension of time for filing their briefs on appeal are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2006

_____
Clerk